No. 04–5300.  McGEE v. McDONALD'S RESTAURANTS OF CALIFORNIA, INC., ET AL., 543 U. S. 892.  Motion for leave to file petition for rehearing denied.

MARCH 8, 2005

No. 04–7613 (04A606).  HOPPER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.